1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant JAVIER MEZA

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   No. CR 06-0435 CRB
                                       )
12              Plaintiff,             )   STIPULATION AND [PROPOSED]
                                       )   ORDER CONTINUING STATUS
13        v.                           )   DATE
                                       )
14  JAVIER MEZA,                       )
                                       )   Date: August 23, 2006
15              Defendant.             )   Time: 10:00 a.m.
    _____)   Court: Honorable Charles R. Breyer

16

17        The undersigned parties stipulate as follows:

18   1.   The parties' next status date, which will be the second appearance before this Court, is

19        currently scheduled for August 23, 2006 at 10:00 a.m.

20   2.   The parties are in the process of determining whether the case will settle or will proceed

21        to motions and trial.  To that end, the government is obtaining further relevant

22        discovery that affects the sentencing guidelines in this case, which it will provide to the

23        defense along with a proposed plea agreement.  The defense will need to review the

24        new discovery and the proposed plea agreement to determine whether the defendant

25        wishes to proceed to motions and/or trial or to accept the government's offer.  The

26

STIP. AND [PROP] ORDER CONTINUING
STATUS DATE; CR 06-0435 CRB

parties request that the status date be continued to August 30, 2006 so that they have adequate time to complete the actions described above.

3. The parties agree that the time between August 23, 2006 and August 30, 2006 should be excluded from the computation of time within which the trial of this matter must commence because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, in light of the need for the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

IT IS SO STIPULATED

Date: August 23, 2006  _____/S/_____
SHAWN HALBERT
Assistant Federal Public Defender

Date: August 23, 2006  _____/S/_____
DREW CAPUTO
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

STIP. AND [PROP] ORDER CONTINUING
STATUS DATE; CR 06-0435 CRB

2

## ORDER

For GOOD CAUSE SHOWN, it is hereby ORDERED that the status hearing, previously set by this Court for August 23, 2006 at 10:00 a.m., shall be continued to August 30, 2006, at 2:15 p.m. IT IS FURTHER ORDERED that the time between August 23, 2006 and August 30, 2006 shall be excluded from the computation of time within which the trial of this matter must commence because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, in light of the need for the reasonable time necessary for effective preparation of counsel, for the reasons described in the above stipulation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

Date: August 23, 2006



THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

STIP. AND [PROP] ORDER CONTINUING
STATUS DATE; CR 06-0435 CRB

3