KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ANDREW P. CAPUTO (CASBN 203655)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7004
    Fax:  (415) 436-7234
    Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | No. CR 06 0435 CRB |
| )                                                            | |
|     Plaintiff,                            ) | STIPULATION ANDS [PROPOSED] |
| )                                                            | ORDER EXCLUDING TIME FROM |
|     v.                                   ) | SPEEDY TRIAL ACT CALCULATION |
| )                                                            | (18 U.S.C. § 3161(h)(8)(A)) |
| JAVIER MEZA,                                 ) | |
| )                                                            | |
|     Defendant.                           ) | |
| )                                                            | |

    With the agreement of the parties, and with the consent of defendant Javier Meza, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from August 30, 2006, to September 13, 2006.  The parties agree, and the Court finds and holds, as follows:

    1.  Defendant agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case.

    2.  Given these circumstances, the Court found that the ends of justice served by excluding the period from August 30, 2006, to September 13, 2006, outweigh the best interest of the public and the defendant in a speedy trial.  <u>Id.</u> at § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, at the hearing on August 30, 2006, the Court ordered that the period from August 30, 2006 to September 13, 2006, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: August 31, 2006              /s/
                                    SHAWN HALBERT
                                    Attorney for Defendant

DATED: August 30, 2006              /s/
                                    ANDREW P. CAPUTO
                                    Assistant United States Attorney

IT IS SO ORDERED.

DATED:  September 8, 2006           _____
                                    HON. CHARLES R. BREYER
                                    United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

2