BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant JAVIER MEZA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 06-0435 CRB |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER CONTINUING CHANGE OF** |
| v. | ) | **PLEA/TRIAL** |
| | ) | **SETTING.** |
| JAVIER MEZA, | ) | |
| | ) | Date: September 13, 2006 |
| Defendant. | ) | Time: 2:15 p.m. |
| | ) | Court: Honorable Charles R. Breyer |

The undersigned parties stipulate as follows:

1. The change of plea/trial setting in this matter is currently set for today, September 13, 2006 at 2:15 p.m.

2. Defense counsel is unexpectedly unavailable today due to the illness of a family member, and is respectfully requesting a continuance to September 27, 2006.

3. Assistant United States Attorney Andrew Caputo has no objection to this request and is available on September 27, 2006.

//

//

STIP. AND [PROP] ORDER CONTINUING
CHANGE OF PLEA/TRIAL SETTING;
No. CR 06-0435 CRB

IT IS SO STIPULATED

Date: 9/13/2006                                            /S/
                                                SHAWN HALBERT
                                                Assistant Federal Public Defender

Date: 9/13/2006                                            /S/
                                                DREW CAPUTO
                                                Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for September 13, 2006, be continued to Wednesday, September 27, 2006, at 10:00 a.m.

IT IS FURTHER ORDERED that the period of time from September 13, 2006, to Wednesday, September 27, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Date: _September 13, 2006_____
                                                THE HONORABLE CHARLES R. BREYER
                                                UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Charles R. Breyer]*

STIP. AND [PROP] ORDER CONTINUING
CHANGE OF PLEA/TRIAL SETTING;
No. CR 06-0435 CRB

2